[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14249
Non-Argument Calendar

_____

D.C. Docket No. 5:20-cr-00015-LCB-HNJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAKSHYA SAINI,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(August 25, 2021)

Before JORDAN, GRANT, and BLACK, Circuit Judges.

PER CURIAM:

Wilson F. Green, appointed counsel for Lakshya Saini in this direct criminal appeal, has moved to withdraw from representing Saini, supported by a brief prepared under *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Saini's conviction and sentence are **AFFIRMED**.